Roxanne M Jenkins
   Plaintiff
   v

CAPITAL ONE N.A
TRUSTEE SERVICES OF VIRGINIA LLC
   Defendants

## Notice of Hearing

FILED
2015 JUL 31 P 1:14
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Comes now Roxanne M Jenkins requests an emergency hearing be held on Monday, August 3rd 2015 to hear the petition for emergency / temporary restraining order & verified complaint for the following case.

Roxanne M Jenkins, plaintiff
   v
CAPITAL ONE, NA
   and
TRUSTEE SERVICES OF VIRGINIA LLC

Action No: 1:15CV977

_Roxanne M Jenkins_
c/o 5414 Ancestry Ct
Gainesville, Virginia 20155
(703) 328-4198
roxannejenkins@gmail.com
Self Represented